1 DANIEL J. BRODERICK, Bar #89424
  Federal Defender
2 LAUREN D. CUSICK, Bar #FL 0014255
  Assistant Federal Defender
3 Designated Counsel for Service
  801 I Street, 3rd Floor
4 Sacramento, California 95814
  Telephone: (916) 498-5700

6 Attorney for Defendant
  CARMEN ELVIRA RAYOS

9                 IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,       ) No. CR-S-08-0433-WBS
                                   )
13            Plaintiff,        ) STIPULATION AND [~~PROPOSED~~] ORDER
                                   ) CONTINUING STATUS CONFERENCE
14     v.                           )
                                   )
15 CARMEN ELVIRA RAYOS,            ) Date: October 27, 2008
                                   ) Time: 8:30 a.m.
16            Defendant.        ) Judge: William B. Shubb
   _____ )

18     It is hereby stipulated between the parties, Daniel McConkie,
19 Assistant United States Attorney, attorney for plaintiff, and Lauren D.
20 Cusick, Assistant Federal Defender, attorney for defendant, CARMEN
21 ELVIRA RAYOS that the status conference hearing date of October 6, 2008
22 be vacated and continued to October 27, 2008 at 8:30 a.m.
23     This continuance is requested as negotiations are continuing
24 between the parties and additional time is needed for defense
25 investigation.
26     It is further stipulated that the period from October 6, 2008
27 through and including October 27, 2008 should be excluded pursuant to
28 / / /

18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

```
Dated:  October 2, 2008              Respectfully submitted,

                                     DANIEL J. BRODERICK
                                     Federal Defender


                                     /s/ Lauren D. Cusick
                                     LAUREN D. CUSICK
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     CARMEN ELVIRA RAYOS


Dated:  October 2, 2008              MCGREGOR W. SCOTT
                                     United States Attorney


                                     /s/ Lauren D. Cusick for
                                     DANIEL McCONKIE
                                     Assistant U.S. Attorney
                                     per telephonic authorization
```

**O R D E R**

The status conference is continued to October 27, 2008 at 8:30 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through October 27, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

Dated:  October 3, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip and Order                               2